UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/09
```

UNITED STATES OF AMERICA,

                Plaintiff,

      -v-

THE PAINTING KNOWN AS "LE MARCHE," CREATED BY CAMILLE PISSARRO, LOCATED AT SOTHEBY'S, 1334 YORK AVENUE, NEW YORK, NEW YORK,

                Defendant-in-rem.

No. 06 Civ. 12994 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of an "Affirmation in Reply to Government," filed by Claimant on ECF on August 24, 2009. The Parties are reminded that, notwithstanding Claimant's appeal to the United States Court of Appeals for the Second Circuit for what appears to be interlocutory relief, the Parties shall comply with the dates set forth in the Court's July 2, 2009 order, unless the Court of Appeals directs otherwise.[1]

SO ORDERED.

Dated:    August 24, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] By order dated July 15, 2009, the Court denied Claimant's request to file an interlocutory appeal. (*See* Doc. No. 79.) Notwithstanding the Court's July 15, 2009 order, Claimant appears to have filed an interlocutory appeal on July 16, 2009. (*See* Doc. No. 80.)