UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

THE PAINTING KNOWN AS "LE MARCHE," CREATED BY CAMILLE PISSARRO, LOCATED AT SOTHEBY'S, 1334 YORK AVENUE, NEW YORK, NEW YORK,

                Defendant-in-rem.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09

No. 06 Civ. 12994 (RJS)
ORDER

<u>RICHARD J. SULLIVAN</u>, District Judge:

    The Court is in receipt of a letter from Plaintiff, dated October 8, 2009, two letters from Claimant, both dated October 8, 2009, and a copy of a decision issued by the United States Court of Appeals for the Second Circuit, dated October 7, 2009, denying Claimant's amended petition for leave to appeal.

    It is HEREBY ORDERED that the Court will hold a one-week jury trial beginning on Monday, January 4, 2010. The Court hereby adopts the following pre-trial schedule:

> The parties shall submit a joint pretrial order, as set forth in my Individual Practices, Rule 3, no later than November 16, 2009.
>
> The parties shall submit their motions *in limine, and* their responses to each other's motions *in limine*, in a single, jointly-submitted document, no later than November 16, 2009.
>
> The parties shall submit their proposed voir dire and proposed jury instructions, in single, jointly-submitted documents, no later than November 16, 2009.

The Court will hold a settlement conference on Friday, December 4, 2009 at 4:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

The Court will hold a final pre-trial conference on Friday, December 18, 2009 at 2:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   October 8, 2009
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE